**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Edward C. SIGUENZA, Defendant—Appellant.**

No. 03–10649.

D.C. No. CR–94–00019–1–JSU.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 19, 2004.

Karon V. Johnson, AUSA, Hagatna, GU, for Plaintiff–Appellee.

G. Patrick Civille, Esq., Teker Civille Torres Calvo & Tang, PLLC, Hagatna, GU, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Edward C. Siguenza appeals his 9-month sentence imposed after the revocation of his term of supervised release. Siguenza was convicted of criminal conspiracy to import methamphetamine, in violation of 21 U.S.C. § 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Siguenza has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. A pro se supplemental brief, an answering brief, and pro se reply brief were filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.